**Order entered December 17, 2020**



# In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01394-CR

## LARRY JEAN HART, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-00575-W

## ORDER

Before the Court is the State's December 16, 2020 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received along with the motion filed as of the date of this order.

/s/    CORY L. CARLYLE
        JUSTICE